

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00006-CR

**CRAIG MACK,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 1991-509-C

## MEMORANDUM OPINION

On January 5, 2018, inmate Craig Mack filed a "Notice of Appeal," challenging the trial court's denial of his "Motion for Opportunity to be Heard on Judicial Notice." The right of appeal in criminal cases is conferred by the Legislature, and a party may appeal only from judgments of conviction or interlocutory orders authorized as appealable. *See* TEX. CODE CRIM. PROC. ANN. art. 44.02 (West 2006); TEX. R. APP. P. 25.2(a)(2); *see also Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014) ("'[T]he standard for

determining jurisdiction is not whether the appeal is precluded by law, but whether the appeal is authorized by law.'" (quoting *Abbott v. State*, 271 S.W.3d 694, 696-97 (Tex. Crim. App. 2008))).  In this case, appellant does not appeal from a judgment of conviction or an appealable, interlocutory order.  *See, e.g., Mack v. State*, No. 10-17-00383-CR, ___ S.W.3d ___, 2017 Tex. App. LEXIS 11326 (Tex. App.—Waco Dec. 6, 2017, no pet.).  Because this appeal is not from a judgment of conviction or an appealable interlocutory order, we have no jurisdiction.  *See Ragston*, 424 S.W.3d at 52; *Abbott*, 271 S.W.3d at 696-97; *see also Mack*, 2017 Tex. App. LEXIS 11326.  Accordingly, this appeal is dismissed.


          AL SCOGGINS
          Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Dismissed
Opinion delivered and filed January 24, 2018
Do not publish
[CRPM]

